# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ZODIAC POOL SYSTEMS LLC and ZODIAC POOL CARE EUROPE,<br><br>              Plaintiff,<br><br>v.<br><br>WYBOTICS, CO. LTD. f/k/a Tianjin Wangyuan Environmental Protection and Technology Co., Ltd.,<br><br>              Defendant. | Case No. 2:25-cv-582 |

## PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Zodiac Pool Systems LLC and Zodiac Pool Care Europe state as follows:

1. Zodiac Pool Systems LLC is a wholly owned subsidiary of Fluidra Commercial, SAU.;

2. Zodiac Pool Care Europe is a wholly owned subsidiary of ZPES Holdings, SAS;

3. Fluidra, S.A. is publicly traded on the Spanish Stock Exchange and indirectly owns more than 10% of Zodiac Pool Systems LLC and Zodiac Pool Care Europe's interest.

Dated: May 23, 2025

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue

Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Of Counsel:

KILPATRICK TOWNSEND & STOCKTON LLP

Steven D. Moore
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: smoore@ktslaw.com

Kevin Bell
1400 Wewatta Street, Suite 600
Denver, CO USA 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email: kbell@ktslaw.com

Kathleen R. Geyer
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793
Email: kgeyer@ktslaw.com

Christopher S. Leah
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: cleah@ktslaw.com

*Attorneys for Zodiac Pool Systems LLC and Zodiac Pool Care Europe*